# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128709

WOODLAND OIL COMPANY,
        Plaintiff-Appellee,

v

OTWELL MAWBY, P.C.,
        Defendant-Appellant.

SC: 128709
COA: 249246
Grand Traverse CC: 01-021950-NZ

_____/

On order of the Court, the application for leave to appeal the February 22, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE in part the judgment of the Court of Appeals and REINSTATE the Grand Traverse Circuit Court's directed verdict in favor of defendant, dismissing plaintiff's innocent misrepresentation claim. Contrary to the reasoning of the Court of Appeals, plaintiff did not incur any damages in reliance on defendant's alleged misrepresentations. Further, plaintiff's costs to perform additional remediation did not inure to defendant's benefit. See *United States Fidelity and Guaranty Company v Black*, 412 Mich 99 (1981).

In all other respects, the application for leave to appeal is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005

_____
Clerk

s1221